IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| COMMODORE JACKSON,<br>No. R59842,<br><br>   Plaintiff,<br><br>vs.<br><br>TAYLOR GODINEZ,<br>WARDEN SPILLER,<br>WARDEN GAETZ,<br>WARDEN PFISTER,<br>ED HUNTLEY,<br>C/O ROELANDT,<br>C/O MILLER,<br>C/O BELFORD,<br>C/O BELL,<br>C/O COPELAND,<br>C/O LARSON,<br>C/O ROE,<br>C/O RANKING,<br>LT. FRENCH,<br>MAJOR PRENTICE, and<br>UNKNOWN MAILROOM STAFF AT<br>PINCKNEYVILLE C.C.,<br>PONTIAC C.C. AND<br>WESTERN ILLINOIS C.C.,<br><br>   Defendants. | Case No. 15-cv-01022-MJR |

## MEMORANDUM AND ORDER

**REAGAN, Chief District Judge:**

On September 17, 2015, Plaintiff Jackson, an inmate in the custody of the Illinois Department of Corrections, housed at Hill Correctional Center, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 (Doc. 1). By Order dated October 13, 2015, the

Court concluded that the complaint, as drafted, failed to state a colorable constitutional claim (Doc. 7).

Plaintiff was directed to file a complaint by November 13, 2015 (Doc. 7). He was forewarned that failure to file a proper complaint by the prescribed deadline would result in the dismissal of this action, that such a dismissal would count as one of his allotted "strikes" under the provisions of 28 U.S.C. § 1915(g), and that Plaintiff would remain obligated to pay the filing fee. *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998).

Plaintiff has not filed a complaint and the deadline for doing so has passed. It appears that Plaintiff has abandoned this action.

**IT IS THEREFORE ORDERED** that pursuant to Federal Rule of Civil Procedure 41(b), this action is **DISMISSED with prejudice** for failure to comply with a court order and failure to prosecute this action. Furthermore, this action is deemed frivolous for purposes of Section 1915(g); therefore Plaintiff will be allotted a **STRIKE** under the provisions of 28 U.S.C. § 1915(g). The Court discerns that this will be Jackson's second strike. Judgment shall enter accordingly and this case will be closed.

**IT IS FURTHER ORDERED** that Plaintiff remains obligated to pay the filing fee. *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998).

IT IS SO ORDERED.

DATED: **November 23, 2015**

s/ *Michael J. Reagan*
**MICHAEL J. REAGAN
CHIEF JUDGE
UNITED STATES DISTRICT COURT**