IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| COMMODORE JACKSON,<br>No. R59842,<br><br>        Plaintiff,<br><br>  vs.<br><br>TAYLOR GODINEZ,<br>WARDEN SPILLER,<br>WARDEN GAETZ,<br>WARDEN PFISTER,<br>ED HUNTLEY,<br>C/O ROELANDT,<br>C/O MILLER,<br>C/O BELFORD,<br>C/O BELL,<br>C/O COPELAND,<br>C/O LARSON,<br>C/O ROE,<br>C/O RANKING,<br>LT. FRENCH,<br>MAJOR PRENTICE, and<br>UNKNOWN MAILROOM STAFF AT<br>PINCKNEYVILLE C.C.,<br>PONTIAC C.C. AND<br>WESTERN ILLINOIS C.C.,<br><br>        Defendants. | Case No. 15-cv-01022-MJR |

## **JUDGMENT IN A CIVIL CASE**

      This action came before the Court, Chief Judge Michael J. Reagan, pursuant to 28 U.S.C. § 1915A and was dismissed with prejudice.

      **JUDGMENT IS HEREBY ENTERED AGAINST** Plaintiff Commodore Jackson.

The action is **DISMISSED with prejudice**. Plaintiff shall recover nothing and remains

obligated to pay the full filing fee. This dismissal shall count as one of Plaintiff's allotted "strikes" under 28 U.S.C. § 1915(g).

**DATED**: November 23, 2015

> **JUSTINE FLANAGAN,**
> **ACTING CLERK OF COURT**
>
>
> **By:** s/ Tanya Kelley
> Deputy Clerk

**APPROVED: s/ MICHAEL J. REAGAN**
      **Michael J. Reagan**
      **Chief Judge**
      **United States District Court**